IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES ALFRED SMITH, JR.,

          Petitioner,                     ORDER

v.

                                            22-cv-431-wmc

SUE DEHANN,

          Respondent.

---

Petitioner James Alfred Smith, Jr., applied to this court for a writ of habeas corpus under 28 U.S.C. § 2254. The court screened the petition and concluded that Smith had to clearly identify the conviction he was challenging and clarify his claims to proceed. (Dkt. #15.) The court gave Smith an opportunity to file an amended petition.

Smith responded with a letter asking how his release on extended supervision would affect this habeas action. (Dkt. #17.) The court replied, extending Smith's deadline to file an amended petition, and indicating that if he failed to respond, the petition would be dismissed. (Dkt. #18.) Smith's amended petition was due on January 5, 2023. This deadline has now passed without any response from Smith.

Accordingly, IT IS ORDERED that petitioner James Alfred Smith, Jr.'s petition for a writ of habeas corpus is DISMISSED for petitioner's failure to prosecute this case.

Entered this 13th day of January, 2023.

                                            BY THE COURT:

                                            /s/

                                            _____
                                            WILLIAM M. CONLEY
                                            District Judge